with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GRAND PAINT SUPPLY Co., INC., Suing on Behalf of Itself and All Other Creditors Similarly Situated Who May Come in and Contribute to the Expenses of This Action, Respondent, v. P. S. PAINTING CORPORATION and PHILIP STEINBERG, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE BOWERY SAVINGS BANK, Respondent, v. BELLA YUNI and MAX S. YUNI, Her Husband, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REGINALD THOMAS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAN PLATT, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE ABRANOWITZ, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

IRENE KELLY, Respondent, v. ALICE H. MORAN and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOSEPH MEYER and B. G. DESYLVA, Respondents, v. M. WITMARK & SONS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of THE PUBLIC ADMINISTRATOR OF NEW YORK COUNTY, as Administrator, etc., of WILLIAM McNALLY, Also Known as WILLIAM P. McNALLY, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. ROSE LAZAROFF, Appellant; JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of WILLIAM McNALLY, Also Known as WILLIAM P. McNALLY, Deceased, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CITIES SERVICE OIL COMPANY, Appellant, v. BENNETT OIL CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of MYRTLE PATTERSON, Petitioner, for an Order against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.